**STEPHANIE LARSEN, CSR, RPR**
**OFFICIAL COURT REPORTER**
**33rd Judicial District**
**P.O. Box 554 ** Marble Falls, TX  78654**
**(512)715-5230**
**reporter33@dcourt.org**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COURT REPORTER EXTENSION REQUEST

September 1, 2015

Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas  78711

RE:  03-15-00420-CR  Burnet County Cause No. 42765
     *Texas v. Karra Trichele Allen*

To Whom It May Concern:

Please consider this an extension request as necessary for the reporter's record in the above-named case.

This record is due 9/02/15.  Volumes 1-18 were submitted today via TAMES but I have been notified that they will be rejected as the exhibit volume, Volume 19, is too voluminous.  I need an extension in order to parse the exhibits into a more manageable two or three volumes for submission.  I am on vacation and out of state until 9/10/15.

If you have any questions, please do not hesitate to contact me.

Thank you,

/sl/Stephanie Larsen